```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO,

        Plaintiff,

-against-

THE GRANDPARENT GIFT CO., INC.,

        Defendant.

22-CV-8709 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff Andrew Toro filed his Complaint on October 13, 2022 (Dkt. 1), and served defendant The Grandparent Gift Co., Inc., on December 13, 2022, making defendant's answer due January 3, 2023. (Dkt. 7.) Defendant's counsel appeared on December 14, 2022 (Dkt. 8), but no answer has been filed. Nor has plaintiff requested a certificate of default.

    It is hereby ORDERED that, if defendant has not answered or otherwise responded to the complaint before **January 10, 2023**, plaintiff shall, on that date, either file a stipulation granting defendant additional time or apply for entry of default.

Dated: New York, New York
       January 9, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**