

**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Magistrate Barbara C. Moses
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/23

February 13, 2023

Re: <u>Toro v. The Grandparent Gift Co., Inc.</u>
<u>Case No. 1:22-cv-8709-PGG-BCM</u>
<u>Request for Adjournment of Conference</u>

**MEMO ENDORSED**

Dear Judge Moses:

    Plaintiff submits this letter-motion to seek an adjournment of the initial pretrial conference, currently scheduled to rake place in-person on February 15, 2023. Plaintiff's Counsel will not be in the state on the day of the conference and, therefore, cannot attend in person. Counsel requests a thirty-day adjournment to March 15, 2023. Additionally, the Parties jointly request that the conference be conducted telephonically. This is the first time this relief is being requested and both Parties consent.

    We thank the Court for its time and consideration herein.

Respectfully submitted,

Mars Khaimov, Esq.

---

Application GRANTED in part. The February 15, 2023 initial case management conference is ADJOURNED to **March 15, 2023, at 10:00 a.m.** The conference will take place in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. The parties shall file their joint status update no later than **March 8, 2023**. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
February 14, 2023