

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO,

        Plaintiff,

-against-

THE GRANDPARENT GIFT CO., INC.,

        Defendant.

22-CV-8709 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the parties' joint pre-conference statement (Dkt. 16), which requests that the Court either so-order the proposed schedule or hold the March 16, 2023 conference telephonically. That request is DENIED. The conference will proceed as scheduled in Courtroom 20A.

Dated: New York, New York
       March 14, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**