UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO,

    Plaintiff,

-against-

THE GRANDPARENT GIFT CO., INC.,

    Defendant.

22-CV-08709 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

In light of plaintiff's letter informing the Court that a settlement in principle has been reached (Dkt. 21), the status conference scheduled for June 14, 2023 at 11:00 a.m. is hereby ADJOURNED *sine die*. No later than **July 14, 2023**, if the parties have not yet filed a stipulation of dismissal, they shall update the Court on their progress towards finalizing the settlement.

Dated: New York, New York
       June 12, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**